

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

April 12, 1962

*See C-13*

Honorable Norman W. Barr
County Attorney
Tom Green County Courthouse
San Angelo, Texas

Opinion No. WW-1310

Re: Whether under the facts
stated, a baby sitting
facility comes within
the purview of Section
8a of Article 695c, Ver-
non's Civil Statutes.

Dear Sir:

Your request for opinion states the following fact
situation:

"We have in our community a man and wife
who conduct in their home a day time baby sitting
facility which cares for not more than five
children at any one time. This facility is avail-
able only during the day time for the mothers of
children who work.

"The persons in question had previously ap-
plied to the Department of Public Welfare for
a license to operate as a registered Day Care
Home which was denied apparently on the basis of
their age. The Welfare Department is now threat-
ening to take action against these parties if they
continue to operate alleging that they are doing
so in violation of the State law. However, a
reading of the statute in question appears to ex-
clude an operation such as the one in question
which has less than six children at any one time
and does not provide child care facilities on a full
twenty-four hour basis.

"I find no opinion or decision interpreting
this statute, and I would like an opinion from
your office as to whether or not the operation out-
lined above comes within the purview of Article
695c, Section 8(a) of V. A. C. S. of the State of
Texas."

Section 8(a) of Article 695c of Vernon's Civil Statutes states in part as follows:

"1. Definitions.

". . .

"(d) Commercial Day Care Center. A Commercial day care center is any place maintained or conducted, for profit, under public or private auspices <u>which cares for more than six (6) children</u> during a part of the twenty-four (24) hours of the day.

". . .

"2. Provisions for License to Operate

"(a) Child-Caring Facility. Every person, association, institution or corporation, whether operating for profit or without profit, <u>who shall conduct or manage a child-caring institution, agency, or facility coming within the purview of this Act shall obtain a license</u> to operate from the State Department of Public Welfare, which license shall be in full force and effect until suspended or rescinded by the Department of Public Welfare as hereinafter provided." (Emphasis added)

Since the baby sitting facility in question never cares for more than six children, we advise you that such facility does not qualify as a Commercial Day Care Center, and is therefore not subject of the licensing provisions of Article 695c.

S U M M A R Y

A baby sitting facility which does not care for more than six (6) children is not a Commercial Day Care Center and therefore not subject to the licensing provisions of Section 8(a) of Article 695c, Vernon's Civil Statutes.

Very truly yours,

WILL WILSON
Attorney General of Texas

Fred D. Ward
Assistant Attorney General

FDW:jkr

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Morgan Nesbitt
Elmer McVey
Norman V. Suarez
John Hofmann

REVIEWED FOR THE ATTORNEY GENERAL

BY:  Houghton Brownlee, Jr.